UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| CHELSEA GARLAND; et al., | No. 25-2804 |
| Plaintiffs - Appellants, | D.C. No. 3:23-cv-06621-SI Northern District of California, San Francisco |
| v. | |
| DUNKIN DONUTS FRANCHISING, LLC; et al., | ORDER |
| Defendants - Appellees. | |

Pursuant to the stipulation of the parties (Docket Entry No. 27), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator